1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:16-CR-030-RCJ-(VPC) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Final Order of Forfeiture |
| | ) | |
| JASON REINS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253 based upon the plea of guilty by defendant JASON REINS to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Provision of the Superseding Information and shown by the United States to have the requisite nexus to the offense to which defendant JASON REINS pled guilty. Superseding Information, ECF No. 26; Plea Agreement, ECF No. 27; Arraignment and Plea, ECF No. 30; Preliminary Order of Forfeiture, ECF No. 33.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 24, 2017, through July 23, 2017, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 38.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1   This Court finds no petitions are pending with regard to the assets named herein and the

2   time for presenting such petitions has expired.

3   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all

4   right, title, and interest in the property hereinafter described is condemned, forfeited, and vested

5   in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R.

6   Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States

7   Code, Section 853(n)(7) and shall be disposed of according to law:

8      1.   Dell Inspiron 560 computer tower, S/N FTXJKN1;

9      2.   ASUS K52F laptop, S/N ABN0BC0014KJ457;

10     3.   RCA RCT6203W46 Tablet;

11     4.   White iPhone model A1387;

12     5.   Miscellaneous flash media devices; and

13     6.   HTC Wave cellular phone.

14  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

15  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well

16  as any income derived as a result of the United States of America's management of any property

17  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of

18  according to law.

19  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies

20  of this Order to all counsel of record.

21  DATED this 6 day of FEBRUARY, 2018.

22

23

24  _____
    UNITED STATES DISTRICT JUDGE

25

26