# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON REINS,<br><br>    Defendant. | 3:16-cr-00030-RCJ-VPC<br><br>**ORDER** |

Defendant filed a notice indicating that he desired to appear unshackled at upcoming hearings based on *United States v. Sanchez-Gomez*, 859 F.3d 649, 666 (9th Cir.) (en banc), *cert. granted* 138 S. Ct. 543 (2017), which held that a criminal defendant has a Fifth Amendment right to appear in court unshackled unless an individualized examination indicates that physical restraints are the least restrictive means of furthering a compelling government interest, i.e., courtroom security. The Court finds that physical restraints are the least restrictive means of furthering the compelling government interest of courtroom security. As noted by the Magistrate Judge, there is no combination of conditions short of restraint that will reasonably assure the safety of the community, and there is a serious risk Defendant will endanger the safety of another person or the community based on a history of, *inter alia*, violence-related arrests, weapons-related arrests, and an active protection order.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 35) is DENIED.

IT IS SO ORDERED.

Dated this 27th day of March, 2018.

_____
ROBERT C. JONES
United States District Judge